New York Plumbers' Specialties Co., Inc., v. Emily L. Hoffbauer.— Motion granted. Order resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

New York Plumbers' Specialities Co., Inc., v. Paul Englander.— Motion granted. Order resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Katherine Ennis v. Third Avenue Railway Company.— Motion granted on condition that appeal be argued or submitted on the 21st day of February, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Miller-Aschheim Company, Inc., v. Dalton & Balch, Inc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Samuel J. Graham v. John Hancock Mutual Life Insurance Company, Impleaded, etc.— Motion granted so far as it relates to the appeal from the order entered on December 16, 1929, and in all other respects said motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York v. John Marshall, Alias James S. Landers.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Nordell Uter, an Infant, etc., v. Maurice Hansen (Appearing Specially for this Motion Only).— Motion granted on condition that appeal be argued or submitted on February 21, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Savoy-Reeland Printing Corporation v. Fox Metropolitan Playhouses, Inc., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Joseph Hoffay v. Samuel Hershenstein.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Boulder Realty Corporation v. Economy Electric Meter Co., Inc.— Motion granted so far as to extend defendant's time to answer the complaint until ten days after entry of order of this court determining said appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

United Interests, Inc., v. Thirty-seven Walker Street Co., Inc., and Others, Impleaded with Bertha Reinach.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Adolph Schenker v. Elick Lowitz and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

President and Directors of the Manhattan Company v. Sam Berkowitz, Also Known as Sam Berkovitz.— Motion granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Charles Finsilver, Respondent, v. Nathan Goldsmith, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.